DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**319 B RENAISSANCE II ASSET, LLC,**
Appellant,

v.

**MB KITCHEN LLC,** a Florida limited liability company, and **MATTHEW BYRNE,** individually,
Appellees.

No. 4D2025-2935

[July 30, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Gerard Joseph Curley Jr., Judge; L.T. Case No. 502024CA001663XXXAMB.

Juan J. Farach, Dylan M. Helfand, and Hannah P. Stevenson of Shubin Law Group, P.A., West Palm Beach, for appellant.

Jonathan S. Glickman and Jeremy E. Slusher of Slusher & Rosenblum, P.A., West Palm Beach for appellees.

PER CURIAM.

*Affirmed.*

GROSS, LEVINE and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***